William A. Delgado (SBN 222666)
  wdelgado@dtolaw.com
DTO LAW
915 Wilshire Blvd, Suite 1950
Los Angeles, CA 90017
Telephone:  (213) 335-6999
Facsimile:   (213) 335-7802

Andrea L. Maddox (SBN 347935)
  amaddox@dtolaw.com
DTO LAW
702 Marshall Street, Suite 640
Redwood City, CA 94063
Telephone:  (415) 630-4100
Facsimile:   (415) 630-4105

Attorneys for Defendant
VITAMIN SHOPPE INDUSTRIES LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES LLC, a New Jersey Corporation; and DOES 1 through 25, inclusive,<br><br>Defendant. | Case No.: 2:24-cv-00163 SPG (Ex)<br>Honorable Sherilyn Peace Garnett<br><br>**DEFENDANT VITAMIN SHOPPE INDUSTRIES LLC'S NOTICE OF SETTLEMENT** |

1
NOTICE OF SETTLEMENT

#271658.1

**TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff Anne Heiting and Defendant Vitamin Shoppe Industries LLC have reached a settlement in the above-captioned case. The parties expect to comply with all terms of the settlement agreement within the next thirty (30) days, at which time and assuming compliance of all obligations by all parties, Plaintiff will dismiss her individual claims with prejudice.

Dated:  August 28, 2024                     DTO LAW

                                            By: */s/ William A. Delgado*
                                                William A. Delgado

                                            Attorneys for Defendant
                                            VITAMIN SHOPPE INDUSTRIES LLC