Robert Tauler (SBN 241964)
rtauler@taulersmith.com
TAULER SMITH LLP
626 Wilshire Boulevard, Suite 550
Los Angeles, California 90017
Tel: (310) 590-3927

*Attorneys for Plaintiff*
*Anne Heiting*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, individually and on behalf of all other similarly situated,<br><br>Plaintiff,<br>vs.<br><br>VITAMIN SHOPPE INDUSTRIES LLC, a New Jersey corporation; and DOES 1 through 25, inclusive<br><br>Defendants. | Case No. 2:24-cv-00163-SPG(Ex)<br><br>**JOINT STIPULATION TO DISMISS ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)** |

# STIPULATION TO DISMISSAL

It is hereby stipulated by and between Plaintiff Anne Heiting ("Plaintiff") and Defendant Vitamin Shoppe Industries LLC ("Defendant"), through their counsel of record, that all claims brought by Plaintiff against Defendant should be dismissed with prejudice as to Plaintiff in her individual capacity, and without prejudice as to the class. Each party shall bear its own attorneys' fees and costs. See Fed. R. Civ. P. 41(a)(1)(A)(ii).

DATED: September 11, 2024            TAULER SMITH LLP


                                     By:   */s/ Robert Tauler*
                                           Robert Tauler, Esq.
                                           *Attorney for Plaintiff*
                                           *Anne Heiting*


DATED: September 11, 2024            TAULER SMITH LLP


                                     By:   */s/ Andrea Maddox*
                                           Andrea Maddox, Esq.
                                           *Attorney for Defendant*
                                           *Vitamin Shoppe Industries LLC*

## ATTESTATION PURSUANT TO LOCAL RULE 5-4.3.4(2)((i)

Pursuant to Local Rule 5-4.3.4(2)(i), I, Robert Tauler, attest that all other signatories listed and on whose behalf the filing is submitted concur in this filing's content and have authorized this filing.

DATED: September 11, 2024					TAULER SMITH LLP

							By:	*/s/ Robert Tauler*
								Robert Tauler, Esq.
								*Attorney for Plaintiff*
								*Anne Heiting*

# **CERTIFICATE OF SERVICE**

I hereby certified that I served the foregoing document on all parties of record by via the Court's CM/ECF system.

DATED: September 11, 2024                     TAULER SMITH LLP


                                By:    */s/ Robert Tauler*
                                       Robert Tauler, Esq.
                                       *Attorney for Plaintiff*
                                       *Anne Heiting*