JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANNE HEITING, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>VITAMIN SHOPPE INDUSTRIES LLC, a New Jersey corporation; and DOES 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00163-SPG(Ex)<br><br>**ORDER DISMISSING ENTIRE ACTION PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**<br>**[ECF NO. 27]** |

This matter is before the Court on the parties' Joint Stipulation to Dismiss the Entire Action pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 27 ("Joint Stipulation")). Based upon the Joint Stipulation, the Court hereby dismisses with prejudice Plaintiff's claims brought in her individual capacity and dismisses without prejudice claims as to the class. Each party shall bear its own costs and attorneys' fees, and the case is closed.

**IT IS SO ORDERED.**

DATED: September 23, 2024

_____
HON. SHERILYN PEACE GARNETT
UNITED STATES DISTRICT JUDGE